IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSE M. CASSIDY,

    Plaintiff,

v.                                  No. CV 15-00459-JAP-KBM
                                    No. CR 13-01860-JAP-1

UNITED STATES OF AMERICA,

    Defendant.

ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. [No. CV 15-00459-JAP-KBM, Doc. 1; No. CR 13-01860 JAP-1, Doc. 89] Petitioner's motion fails to identify any constitutional claims against his conviction or sentence and, therefore, is deficient.

If Petitioner wishes to pursue relief under 28 U.S.C. § 2255, he must identify his constitutional claims against his conviction and/or sentence. Petitioner must include the case numbers (No. CV 15-00459-JAP-KBM and No. CR 13-01860 JAP-1) of this proceeding on all papers that he files in this proceeding. Failure to timely cure the designated deficiency may result in dismissal of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [No. CV 15-00459-JAP-KBM, Doc. 1; No. CR 13-01860 JAP-1, Doc. 89] without further notice.

IT IS THEREFORE ORDERED that Defendant cure the deficiency designated above within twenty-one (21) days from entry of this order;

IT IS FURTHER ORDERED that the Clerk of the Court mail to Defendant, together with a

copy of this order, a form 28 U.S.C. § 2255 motion.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE